IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELVIN HARRIS and ROSIE HARRIS | : | CIVIL ACTION |
| v. | : | |
| PV HOLDING CORP. and AVIS RENT-A-CAR SYSTEM LLC and AVIS BUDGET GROUP, INC. and TROY R. BENJAMIN | : | NO. 09-1568 |

**O R D E R**

AND NOW, this 20th day of August, 2009, upon consideration of Plaintiffs' Motion to Compel, the response, thereto, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED. Within ten days of the entry of this Order, Defendants shall serve an answer to Plaintiffs' second request for production of documents, without objection, and shall serve a supplemental answer to Plaintiffs' Interrogatory No. 3 (regarding excess insurance coverage in Troy Benjamin's household).

BY THE COURT:

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE